*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 13-BG-1247**

IN RE:  CHARLES P. INGENITO,
                                        Respondent.
**Bar Registration No.  450710**                    **BDN: 375-13**

BEFORE:  Fisher, Associate Judge, and Ferren and King, Senior Judges.

## ORDER
(FILED - February 20, 2014)

On consideration of the certified order of the Supreme Court of New Jersey disbarring respondent from the practice of law in that jurisdiction, this court's November 21, 2013, order suspending respondent pending further action of the court and directing him to show cause why the reciprocal discipline should not be imposed, the statements of Bar Counsel regarding reciprocal discipline, respondent's response to this court's order to show cause, and the  D.C. Bar R. XI,  §14 (g) affidavit filed by respondent on January 7, 2014,  it is

ORDERED that Charles P. Ingenito is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to January 7, 2014.  Respondent may not re-argue his other disciplinary case in this court. *See In re Zdravkovich*, 831 A.2d 964 (D.C. 2003).  Further, as the underlying complaint in the state of New Jersey alleged knowing misappropriation, such a finding, if made in the first instance in this court, would result in disbarment.  *See, In re Addams,* 579 A.2d 190 (D.C. 1990) (en banc) (in virtually all cases of misappropriation, disbarment is the only appropriate sanction).

PER CURIAM